UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC ENVIRONMENTAL ADVOCATES, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NORTHWEST PALLETS, LLC, a California limited liability company; LARRY D KELLEY, an individual, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:25-cv-00726-WBS-CSK<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR CONTINUANCE OF SCHEDULING CONFERENCE** |

ORDER

Upon consideration of Plaintiff Pacific Environmental Advocates, LLC's Ex Parte Application for Continuance of the Scheduling Conference currently set for September 8, 2025, the Declaration of Xhavin Sinha, and the exhibits attached thereto, and good cause appearing therefor,

　　　IT IS HEREBY ORDERED that:

　　　The Scheduling Conference currently set for September 8, 2025, at 1:30 p.m. is CONTINUED to **March 23, 2026, at 1:30 p.m**. in Courtroom 5 before Senior District Judge William B. Shubb.

　　　Plaintiff shall properly serve defendant Larry D. Kelley with the summons and complaint on or before March 1, 2026.

ORDER FOR CONTINUANCE OF SCHEDULING CONFERENCE

Page 1

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), defendant shall have 21 days to respond, unless service is timely waived, in which case defendant shall have 60 days to respond.

Should defendant fail to timely respond, plaintiff may file an amended request for entry of default as to defendant Larry D. Kelley.

Following entry of default as to defendant Larry D. Kelley, plaintiff shall file a motion for default judgment in compliance with Federal Rule of Civil Procedure 55(b).

This continuance is granted to allow Plaintiff adequate time to:

Locate and properly serve Defendant Larry D. Kelley

Cure the service deficiency identified by the Clerk

Prepare and file a proper motion for default judgment

All other aspects of this case shall proceed as previously ordered.

IT IS SO ORDERED.

Dated:  August 29, 2025

*[Signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE