BUCHALTER LLP
Josh H. Escovedo, State Bar No. 284506
jescovedo@buchalter.com
Chloe M. Fisher, State Bar No. 352019
cfisher@buchalter.com
500 Capitol Mall, Suite 1900
Sacramento, CA 95814-4762
Telephone: 916.945.5170

Attorneys for Defendant
Larry D. Kelley

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PACIFIC ENVIRONMENTAL ADVOCATES, LLC, a California limited liability company,

Plaintiff,

vs.

NORTHWEST PALLETS, LLC, a California limited liability company; LARRY D. KELLEY, an individual, and DOES 1-10, inclusive,

Defendants.

No. 2:25-cv-00726-WBS-CSK

**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT LARRY D. KELLEY TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**

Complaint Served: February 24, 2026
Current Response Date: April 14, 2026

Pursuant to Federal Rule of Civil Procedure 6 and Eastern District Local Rule 144(a), Plaintiff Pacific Environmental Advocates, LLC ("PEA") and Defendant Larry D. Kelley, by and through their respective counsel of record, stipulate as follows:

1.     PEA filed its Complaint on March 1, 2025.

2.     PEA served Kelley with the Summons and Complaint on February 24, 2026.

3.     On March 16, 2026, the Parties filed a joint stipulation to extend Defendant Kelley's response deadline to April 14, 2026. (ECF No. 16.) Because the Parties stipulated under Eastern District Local Rule 144(a), the Court's approval was not required.

4.      Counsel for PEA and Kelley are actively engaging in meet and confer efforts regarding potential resolution and pleading issues. To facilitate these discussions, the Parties agree that an additional 14-day extension is appropriate and will provide the Parties additional time to confer regarding Defendant Kelley's potential motion to dismiss and to explore the feasibility of resolution.

5.      Good cause exists for the extension for the reasons discussed above.

**IT IS SO STIPULATED.**

DATED: 04/13/2026                    **BUCHALTER LLP**

By: _____
    Josh H. Escovedo
    Chloe M. Fisher
    Attorneys for Defendant
    Larry D. Kelley

DATED: 04/13/2026                    **SINHA LAW**

By: /s/ Xhavin Sinha (as authorized 04/13/2026)
    Xhavin Sinha
    Attorney for Plaintiff
    Pacific Environmental Advocates, LLC

---

**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT LARRY D. KELLEY TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**

## <u>ORDER</u>

Pursuant to the stipulation of the Parties, and good cause appearing therefor, Defendant Larry D. Kelley shall have until April 28, 2026, to file a responsive pleading to Pacific Environmental Advocates, LLC's Complaint.

IT IS SO ORDERED.

Dated:  April 14, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT LARRY D. KELLEY TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**

BUCHALTER 109505646v2

-3-