UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PACIFIC ENVIRONMENTAL ADVOCATES, LLC,

Plaintiff,

v.

NORTHWEST PALLETS, LLC, et al.,

Defendants.

Case No. 2:25-cv-00726-WBS-CSK

ORDER

(ECF No. 26.)

On September 09, 2026, the magistrate judge filed findings and recommendations (ECF No. 26), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 26). No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 26) are ADOPTED IN FULL;
2. Plaintiff's motion for default judgment (ECF No. 17) is GRANTED IN PART and DENIED IN PART;

3. Plaintiff's request for declaratory relief is DENIED;
4. Plaintiff's request for injunctive relief is DENIED;
5. Defendant Northwest Pallets, LLC, is assessed civil penalties in the amount of $40,500. Defendant shall pay the civil penalties ordered to the U.S. Treasury within 120 days from the filed date of this order;
6. Plaintiff is awarded $30,600.00 in attorney fees for attorney Xhavin Sinha and $541.91 for costs, which Defendant shall pay to Plaintiff within 60 days from the filed date of this order; and
7. The Clerk of the Court is directed to CLOSE this case.

Dated: October 6, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/

paci25cv0726.JO.noobj